JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Arto Ylikangas,<br><br>             Plaintiff,<br><br>     vs.<br><br>Enterprise Recovery Systems, Inc.; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No.: 2:12-cv-05120-PA-DTB<br><br>**ORDER** |

   Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 16, 2012                                    _____

                                                                         Judge: Hon. Percy Anderson