JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Arto Ylikangas, | Case No.: 2:12-cv-05120-PA-DTB |
| Plaintiff, | **ORDER** |
| vs. | |
| Enterprise Recovery Systems, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 16, 2012

_____

Judge: Hon. Percy Anderson